**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-21342-GLT |
| | : | |
| RGW PROPERTIES OF | : | Chapter 11 |
| BEAVER COUNTY, INC. | : | |
| | : | |
| Debtor-in-Possession | : | Document No. |
| _____ | : | |
| RGW PROPERTIES OF | : | Related to Documents No. 84 |
| BEAVER COUNTY, INC. | : | |
| | : | |
| Movant | : | |
| vs. | : | Hearing Date: 1/9/2020 @ 11:00a.m. |
| | : | |
| NATIONSTAR MORTGAGE, LLC. | : | |
| dba CHAMPION MORTGAGE | | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO REOPEN CHAPTER 11 CASE**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen filed on December 3, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reopen Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Reopen Case were to be filed and served no later than December 26, 2019.

      It is hereby respectfully requested that the Order to the Motion to Reopen Case be entered by the Court.

Dated: December 27, 2019              **/s/ Edgardo D. Santillan**
                                                Edgardo D. Santillan, Esquire
                                                PA ID# 60030
                                                SANTILLAN LAW, P.C.
                                                908 22nd St.
                                                Aliquippa, PA 15001
                                                724-770-1040
                                                ed@santillanlaw.com