UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-21342-GLT |
| | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Chapter 11 |
| | : | |
| Debtor-in-Possession | : | Document No. |
| _____ | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Related to Documents No. 92 |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC.: dba CHAMPION MORTGAGE | : | |
| Respondent | : | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, P.C., 908 22nd St., Aliquippa, PA 15001 certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 5th day of December 2019, **I SERVED A COPY OF THE ORDER DATED 12/30/2019 REOPENING CASE VIA CM/ECF EMAIL NOTICING OR FIRST CLASS MAIL:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Nationstar Mortgage dba Champion Mortgage
8950 Cypress Water Blvd.
Coppell, TX 75019
ATTN: JOHN BRAY, CEO
**VIA FIRST CLASS MAIL**

KML Law Group, PC
BNY Mellon Independence Center
701 Market St. Suite 5000
PHILADELPHIA, PA 19106
Attn: James Warmbrodt, Esq.
Via email at jwarmbrodt@kmllawgroup.com

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON December 31, 2019

/s/ Edgardo D. Santillan
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
908 22nd St.
Aliquippa, PA 15001
724-770-1040
412-774-2266 fax
ed@santillanlaw.com