**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  RGW Properties of Beaver County, Inc. | CHAPTER 11 |
| | BKY. NO. 16-21342 GLT |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage, LLC dba Champion Mortgage and index same on the master mailing list.

        Respectfully submitted,

        **/s/James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        jwarmbrodt@kmllawgroup.com