Case 16-21342-GLT    Doc 96    Filed 01/09/20    Entered 01/09/20 16:37:16    Desc Main
Document    Page 1 of 1

FILED
1/9/20 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   16-21342-GLT
                                                    : Chapter:    11
RGW Properties of Beaver County, Inc.               :
                                                    :
                                                    : Date:       1/9/2020
            *Debtor(s)*.                            : Time:       11:00

### PROCEEDING MEMO

*MATTER:*
#85 - Debtor's Motion to Hold Nationstar Mortgage, LLC in Contempt for Violating the Confirmation Order
    Dated 2-16-17
        #90 - Response by Nationstar Mortgage LLC

*APPEARANCES:*
            Debtor:      Edgardo D Santillan
            Nationstar:  James Warmbrodt

*NOTES:* (11:15)

Santillan: I've spoken with Attny Warmbrodt, and we're hoping we can settle in the next 60 days or so. Hopefully sooner.

Warmbrodt: I'm in agreement.

Court: We will continue to March 19, 2020, with a status report due by March 13.

*OUTCOME:*

1. *Debtor's Motion to Hold Nationstar Mortgage, LLC in Contempt for Violating the Confirmation Order* [Dkt. No. 85] is CONTINUED to March 19, 2020, at 9:00 a.m. [Text Order to Issue]

2. On or before March 13, 2020, the Debtor shall file a status report addressing the outcome of the settlement negotiations. [Text Order to Issue]

**DATED:** 1/9/2020