IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-21342-GLT |
| | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Chapter 11 |
| | : | |
| Debtor-in-Possession | : | Document No. |
| _____ | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Related to Documents No. |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC. dba CHAMPION MORTGAGE | : | |
| Respondent | : | |

**STATUS REPORT PURSUANT TO COURT'S ORDER AT HEARING HELD ON JANUARY 9, 2020**

NOW COMES the Debtor, RGW PROPERTIES OF BEAVER COUNTY, INC. by and through its attorneys, Santillan Law, PC and Edgardo D Santillan, Esquire and file the within Status Report of which the following is its statement:

1. Debtor filed Motion to Hold Mortgagee in Contempt for Violating the Confirmation Order and a response was filed by Nationstar Mortgage LLC.

2. At the hearing held on January 9, 2020, counsel for both parties indicated to the Court that they believed the parties could settle the matter within 60 days.

3. Despite attempts by mortgagee's counsel to obtain a payment history from his client and balance figures thereto, said information has not yet been provided as of the date and time of the filing of this Status Report.

4. Both Counsel are hopeful to have the matter resolved prior to the March 19, 2020 hearing but, it is difficult to do so without the documentation from Nationstar Mortgage, LLC.

**SO REPORTS THE DEBTOR.**

Dated: March 13, 2020

By: /s/ Edgardo D. Santillan
Edgardo D. Santillan, Esq
Santillan Law , P.C.
908 22nd St.
Aliquippa, PA 15001
(724) 770-1040
(412) 774-2266 fax
PA ID No. 60030
ed@santillanlaw.com

## CERTIFICATION OF SERVICE

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, P.C., 908 22nd St., Aliquippa, PA 15001 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 13th day of March 2020, **I SERVED A COPY OF THE WITHIN STATUS REPORT VIA CM/ECF EMAIL NOTICING OR FIRST CLASS MAIL:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

| | |
|---|---|
| Nationstar Mortgage dba Champion Mortgage<br>8950 Cypress Water Blvd.<br>Coppell, TX 75019<br>ATTN: JOHN BRAY, CEO<br>**VIA FIRST CLASS MAIL** | KML Law Group, PC<br>BNY Mellon Independence Center<br>701 Market St. Suite 5000<br>PHILADELPHIA, PA 19106<br>Attn: James Warmbrodt, Esq.<br>jwarmbrodt@kmllawgroup.com |

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON March 13, 2020

/s/ Edgardo D. Santillan
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
908 22nd St.
Aliquippa, PA 15001
724-770-1040
412-774-2266 fax
ed@santillanlaw.com