FILED
3/16/20 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-21342-GLT |
| RGW PROPERTIES OF BEAVER COUNTY, INC., | Chapter 11 |
| *Debtor,* | |
| RGW PROPERTIES, OF BEAVER COUNTY, INC., | Related to: Dkt. No. 85 |
| *Movant,* | |
| v. | |
| NATIONSTAR MORTGAGE, LLC, d/b/a CHAMPION MORTGAGE, | Hearing: May 12, 2020 at 10:30 a.m. |
| *Respondent,* | |

**ORDER**

This matter came before the Court upon the Debtor's Motion for Contempt to Hold Nationstar Mortgage, LLC in Contempt for Violating the confirmation order dated February 16, 2017 [Dkt. No. 85].

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

The hearing is continued to **May 12, 2020** at **10:30 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania.

To the extent parties have not exchanged all, or any information necessary to resolve this dispute, the parties shall have until April 6, 2020 to amicably resolve this matter.

Dated: March 16, 2020

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Edgardo Santillan, Esq.
James Warmbrodt, Esq.
Nationstar Mortgage dba Champion Mortgage

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
RGW Properties of Beaver County, Inc.  
    Debtor

Case No. 16-21342-GLT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Mar 16, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db    +RGW Properties of Beaver County, Inc.,   152 Old Blackhawk Road,   Beaver Falls, PA 15010-9762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr    Nationstar Mortgage LLC D/B/A Champion Mortgage Co  
cr    Nationstar Mortgage LLC D/B/A Champion Mortgage Co,   c/o Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave.,   Suite 100,   UNITED STATES  
    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:

    Edgardo D Santillan    on behalf of Debtor    RGW Properties of Beaver County, Inc.  
    ed@santillanlaw.com,   edscourt@debtlaw.com,edscourt@gmail.com, 650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com, r53999@notify.bestcase.com

    Edgardo D Santillan    on behalf of Plaintiff    RGW Properties of Beaver County, Inc.  
    ed@santillanlaw.com,   edscourt@debtlaw.com,edscourt@gmail.com, 650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com, r53999@notify.bestcase.com

    Heather A. Sprague    on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee Heather.Sprague@usdoj.gov

    James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkgroup@kmllawgroup.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Peter J. Ashcroft    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    Peter J. Ashcroft    on behalf of Defendant    Nationstar Mortgage, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    TOTAL: 7