Case 16-21342-GLT    Doc 100    Filed 05/12/20    Entered 05/12/20 16:13:09    Desc Main
Document    Page 1 of 1

FILED
5/12/20 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-21342-GLT |
| | : | Chapter: | 11 |
| RGW Properties of Beaver County, Inc. | : | | |
| | : | | |
| | : | Date: | 5/12/2020 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*  #85 - Debtor's Motion to Hold Nationstar Mortgage, LLC in Contempt for Violating the Confirmation Order Dated 2/16/17.
#90 - Response by Nationstar Mortgage LLC, d/b/a Champion Mortgage Co.

*APPEARANCES:*

Debtor:     Edgardo D Santillan
Nationstar:  James Warmbrodt

*NOTES:* (10:56)

Court: The parties last appeared on January 9 and asked for 60 days to settle this. On March 13, as status report suggested that the parties were still trying to obtain information. On March 16, I entered an order requiring all information to be exchanged by April 6. Has this come any close to getting resolved?

Santillan: The parties have forwarded information to each other and I believe Attny Warmbrodt's client is attempting to get a payoff amount.

Warmbrodt: Since the status report was filed we have made progress. The biggest issue was restructuring the loan history. I have a few questions for my client and then I can give Attny Santillan the information he requested. We need a little more time so I can give him the figures and we can resolve this.

Court: How much time do you need?

Santillan: 30 days.

Warmbrodt: I would agree.

Court: I will continue this matter, but this matter needs to conclude promptly.

*OUTCOME:*

1. Debtor's *Motion to Hold Nationstar Mortgage, LLC in Contempt for Violating the Confirmation Order Dated 2/16/17* [Dkt. No. 85] is CONTINUED to June 18, 2020, at 10:30 a.m. [Text Order to Issue]

2. On or before June 15, 2020, the parties shall file a joint status report indicating whether they have made any progress towards settlement. [Text Order to Issue]

**DATED:** 5/12/2020