IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-21342-GLT |
| | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Chapter 11 |
| | : | |
| Debtor-in-Possession | : | Document No. |
| | : | |
| RGW PROPERTIES OF BEAVER COUNTY, INC. | : | Related to Documents No. 100 |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC. dba CHAMPION MORTGAGE | : | |
| Respondent | : | |

**JOINT STATUS REPORT PURSUANT TO COURT'S ORDER AT HEARING HELD ON MAY 12, 2020**

   NOW COMES the Debtor, RGW PROPERTIES OF BEAVER COUNTY, INC. by and through its attorneys, Santillan Law, PC and Edgardo D Santillan, Esquire and NationStar Mortgage, LLC by and through its Counsel KML Law Group, PC and James Warmbrodt, Esq.  file the within Joint Status Report of which the following is its statement:

1. Debtor filed Motion to Hold Mortgagee in Contempt for Violating the Confirmation Order and a response was filed by Nationstar Mortgage LLC.

2. At the hearing held on May 12, 2020, counsel for both parties indicated to the Court that they believed the parties could settle the matter within 30 days.

3. Parties believe that they have a resolution to the matter and are working diligently on drafting a Stipulation.

4. The Parties are hopeful to have the Stipulation filed prior to the June 18, 2020 hearing.

Dated: June 15, 2020

By: /s/ Edgardo D. Santillan
Edgardo D. Santillan, Esq
Santillan Law , P.C.
908 22nd St.
Aliquippa, PA 15001
(724) 770-1040
(412) 774-2266 fax
PA ID No. 60030
ed@santillanlaw.com

By: **/s/James C. Warmbrodt**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com