**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/16/20 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>RGW Properties of Beaver County, Inc.<br><br>　　　　　　　　　Debtor<br><br>RGW Properties of Beaver County, Inc.<br><br>　　　　　　　　　Movant<br>　vs.<br><br>Nationstar Mortgage, LLC<br>dba Champion Mortgage<br><br>　　　　　　　　　Respondent | NO. 16-21342-GLT<br><br>CHAPTER 11<br><br>Related to Docs. 85, 90 |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor filed a motion to hold Respondent in contempt for an alleged violation of the confirmation order in this case;

WHEREAS, Respondent filed a response opposing the relief requested in Debtor's motion;

WHEREAS, the parties have reached an agreement to resolve all disputed matters.

　It is therefore stipulated and agreed as follows:

1. Debtor shall pay, and Respondent shall accept, a single lump-sum payment in the amount of Eleven Thousand One Hundred Eighty-three and 00/100 Dollars ($11,183.00), to be received on or before June 30, 2020, as full and final payment of all amounts owed to Respondent on its claim secured by the property at 117 Renn Lane, Beaver Falls, PA 15010 (Claim No. 1-1), as modified by orders of this Court.

2. Time shall be of the essence as to the payment required pursuant to Paragraph 1 of this Stipulation.

3. Debtor acknowledges that the payment described in Paragraph 1 reflects a compromise of amounts of principal and interest to which Respondent otherwise would be entitled to receive but for the parties' Stipulation herein.

4. Upon receipt of the funds to be paid pursuant to Paragraph 1, Respondent shall satisfy its mortgage of record.

5. Each party shall be responsible for its respective counsel fees incurred in connection with the litigation and resolution of Debtor's motion for contempt.

6. Debtor's motion for contempt filed at Doc. 85 is hereby denied as moot. The hearing scheduled for June 18, 2020 is CANCELLED.

Consented to by:

**/s/ Edgardo D. Santillan, Esquire**
Edgardo D. Santillan, Esquire
Santillan Law, P.C.
Attorney for Debtor
908 222nd Street
Aliquippa, PA 15001
Phone: 724-770-1040
ed@santillanlaw.com

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

SO ORDERED
June 16, 2020

GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE