FILED
6/16/20 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RGW Properties of Beaver County, Inc.<br><br>                      Debtor<br><br>RGW Properties of Beaver County, Inc.<br><br>                      Movant<br>vs.<br><br>Nationstar Mortgage, LLC<br>dba Champion Mortgage<br><br>                      Respondent | NO. 16-21342-GLT<br><br>CHAPTER 11<br><br>Related to Docs. 85, 90 |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor filed a motion to hold Respondent in contempt for an alleged violation of the confirmation order in this case;

WHEREAS, Respondent filed a response opposing the relief requested in Debtor's motion;

WHEREAS, the parties have reached an agreement to resolve all disputed matters.

It is therefore stipulated and agreed as follows:

1. Debtor shall pay, and Respondent shall accept, a single lump-sum payment in the amount of Eleven Thousand One Hundred Eighty-three and 00/100 Dollars ($11,183.00), to be received on or before June 30, 2020, as full and final payment of all amounts owed to Respondent on its claim secured by the property at 117 Renn Lane, Beaver Falls, PA 15010 (Claim No. 1-1), as modified by orders of this Court.

2. Time shall be of the essence as to the payment required pursuant to Paragraph 1 of this Stipulation.

3. Debtor acknowledges that the payment described in Paragraph 1 reflects a compromise of amounts of principal and interest to which Respondent otherwise would be entitled to receive but for the parties' Stipulation herein.

4. Upon receipt of the funds to be paid pursuant to Paragraph 1, Respondent shall satisfy its mortgage of record.

5. Each party shall be responsible for its respective counsel fees incurred in connection with the litigation and resolution of Debtor's motion for contempt.

6. Debtor's motion for contempt filed at Doc. 85 is hereby denied as moot. The hearing scheduled for June 18, 2020 is CANCELLED.

Consented to by:

| | |
|---|---|
| */s/ Edgardo D. Santillan, Esquire* | */s/ James C. Warmbrodt, Esquire* |
| Edgardo D. Santillan, Esquire | James C. Warmbrodt, Esquire |
| Santillan Law, P.C. | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Respondent |
| 908 222nd Street | 701 Market Street, Suite 5000 |
| Aliquippa, PA 15001 | Philadelphia, PA 19106 |
| Phone: 724-770-1040 | Phone: 412-430-3594 |
| ed@santillanlaw.com | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

SO ORDERED
June 16, 2020

GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21342-GLT
RGW Properties of Beaver County, Inc.                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam              Page 1 of 1           Date Rcvd: Jun 17, 2020
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db          +RGW Properties of Beaver County, Inc.,   152 Old Blackhawk Road,   Beaver Falls, PA 15010-9762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Plaintiff    RGW Properties of Beaver County, Inc.
               ed@santillanlaw.com,    edscourt@debtlaw.com,edscourt@gmail.com,
               650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,
               r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor    RGW Properties of Beaver County, Inc.
               ed@santillanlaw.com,    edscourt@debtlaw.com,edscourt@gmail.com,
               650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,
               r53999@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by     on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Defendant    Nationstar Mortgage, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
                                                                                             TOTAL: 7